Broderick, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

PATRICIA MANN-NABEL,

          *Plaintiff,*

v.

WESTCHESTER MEDICAL CENTER and
DENISE DAVIS, individually,

          *Defendants.*

------------------------------------x

Docket No. 16-CV-9382 (VSB)

**STIPULATION TO
EXTEND TIME TO ANSWER,
MOVE, OR OTHERWISE
<u>RESPOND TO THE COMPLAINT</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff PATRICIA MANN-NABEL and Defendants WESTCHESTER MEDICAL CENTER and DENISE DAVIS that the time for Defendants to answer, move against, or otherwise respond to the Complaint is extended through and including March 10, 2017.

IT IS FURTHER STIPULATED AND AGREED that Defendants agree to meet and confer with Plaintiff regarding any anticipated pre-answer motion practice no later than February 24, 2017.

IT IS FURTHER STIPULATED AND AGREED that Defendants waive any objections and defenses based on improper service of process of the Complaint in this action.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed with electronic/facsimile/scanned signatures, which signatures shall be treated as original signatures.

[SIGNATURES ON FOLLOWING PAGE]

1

Dated: New York, New York
January 17, 2017

By: *[signature]*
Walker G. Harman, Jr.
Edgar M. Rivera
THE HARMAN FIRM, LLP
*Attorneys for Plaintiff*
220 Fifth Avenue, Suite 900
New York, New York 10001
T: (212) 425-2600
F: (212) 202-3926

Dated: Great Neck, New York
January 18, 2017

By: *[signature]*
Lauren M. Levine
Samantha Tomey
GARFUNKEL WILD, P.C.
*Attorneys for Defendants*
111 Great Neck Road
Great Neck, New York 11021
T: (516) 393-2200
F: (516) 466-5964

**SO ORDERED:**

*[signature]*

HON. VERNON S. BRODERICK    1/19/17
UNITED STATES DISTRICT JUDGE

JS