# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

LAUREN M. LEVINE
Partner
Licensed in NY, NJ
Email: llevine@garfunkelwild.com
Direct Dial: (516) 393-2240

**FILE NO.:** 12118.0068

March 24, 2017

**By ECF**

The Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Patricia Mann-Nabel v. Westchester Medical Center and Denise Davis*
Docket No. 16-CV-9382

Dear Judge Broderick:

This office represents Westchester Medical Center and Denise Davis in the referenced matter.

We write to request an adjournment of the pre-motion conference currently scheduled for April 12, 2017 to May 5, 2017. The reason for this request is that I am the attorney primarily responsible for this matter and will be traveling out of town on April 12. This is the first request for an adjournment of the conference. Plaintiff's counsel has consented to this request.

Respectfully submitted,

/s/Lauren M. Levine

Lauren M. Levine

cc: All Counsel Of Record (*By ECF*)