UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
: 
PATRICIA MANN-NABEL,                      :
: **RULE 7.1 STATEMENT**
               *Plaintiff,*  :
:
  -against-                                :  Docket No. 16-cv-09382-VSB
:
WESTCHESTER MEDICAL CENTER *and*          :
DENISE DAVIS, *individually,*             :
:
            *Defendants.*                :
:
------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Westchester Medical Center, by its attorneys, Garfunkel Wild, P.C., certifies that it is a Public Benefit Corporation created by the New York State Public Authorities Law § 3300, *et seq.* Westchester Medical Center does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  Great Neck, New York
        June 30, 2017

                                              GARFUNKEL WILD, P.C.
                                              *Attorneys for Defendant*

                                        By:   *s/ Lauren M. Levine*
                                                   Michael J. Keane
                                                    Lauren M. Levine
                                                    Samantha N. Tomey

                                              111 Great Neck Road
                                              Great Neck, New York 11021
                                              (516) 393-2200

TO:    Walker G. Harman, Jr.
         Edgar M. Rivera
         THE HARMAN FIRM, LLP
         *Attorneys for Plaintiff*
         220 Fifth Avenue, Suite 900
         New York, New York 10001
         (212) 425-2600

4512065v.1